

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

INDICTMENT

vs.                                          NO.   *1:11cr 30-R*

26 U.S.C. § 7206 (1)
26 U.S.C. § 7206 (2)
18 U.S.C. § 1028(a)(7)

**LOUISA A. EDMONDS**

The Grand Jury charges:

## COUNT 1

On or about April 15, 2006, in the Western District of Kentucky, Todd County,

Kentucky, **LOUISA A. EDMONDS**, the defendant herein, who resided at that time in

Elkton, Todd County, Kentucky, did willfully make and subscribe a Form 1040, U.S.

Individual Tax Return for calendar year 2005, which was verified by a written

declaration that it was made under the penalties of perjury and was filed with the

Internal Revenue Service, which Form 1040 **LOUISA A. EDMONDS** did not believe to

be true and correct as to every material matter, in that the said Form 1040 contained

false statements concerning dependent exemptions claimed by the defendant, a false

statement concerning Schedule A Itemized Deductions for medical and dental

expenses incurred by taxpayer, a false statement concerning gifts purportedly made by

the defendant to charity, and a false claim for Earned Income Tax Credit, whereas

**LOUISA A. EDMONDS** then and there well knew and believed such statements and

claims should not have properly been included in the Form 1040 she filed with the Internal Revenue Service for calendar year 2005.

In violation of Title 26, United States Code, Section 7206(1).

The Grand Jury further charges:

## COUNT 2

On or about April 15, 2007, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, who resided at that time in Elkton, Todd County, Kentucky, did willfully make and subscribe a Form 1040, U.S. Individual Tax Return for calendar year 2006, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Form 1040 **LOUISA A. EDMONDS** did not believe to be true and correct as to every material matter, in that the said Form 1040 contained false statements concerning dependent exemptions claimed by the defendant, a false statement concerning Schedule A Itemized Deductions for medical and dental expenses incurred by taxpayer, a false statement concerning gifts purportedly made by the defendant to charity, and false claims for Child Tax Credit, Additional Child Tax Credit, and Earned Income Tax Credit, whereas **LOUISA A. EDMONDS** then and there well knew and believed such statements and claims should not have properly been included in the Form 1040 she filed with the Internal Revenue Service for calendar year 2006.

In violation of Title 26, United States Code, Section 7206(1).

2

The Grand Jury further charges:

### COUNT 3

On or about April 15, 2008, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, who resided at that time in Elkton, Todd County, Kentucky, did willfully make and subscribe a Form 1040, U.S. Individual Tax Return for calendar year 2007, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Form 1040 **LOUISA A. EDMONDS** did not believe to be true and correct as to every material matter, in that the said Form 1040 contained false statements concerning dependent exemptions claimed by the defendant, a false statement concerning Schedule A Itemized Deductions for medical and dental expenses incurred by taxpayer, a false statement concerning gifts purportedly made by the defendant to charity, and false claims for Child Tax Credit and Additional Child Tax Credit, whereas **LOUISA A. EDMONDS** then and there well knew and believed such statements and claims should not have properly been included in the Form 1040 she filed with the Internal Revenue Service for calendar year 2007.

In violation of Title 26, United States Code, Section 7206(1).

The Grand Jury further charges:

3

## COUNT 4

On or about April 15, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, who resided at that time in Elkton, Todd County, Kentucky, did willfully make and subscribe a Form 1040, U.S. Individual Tax Return for calendar year 2008, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Form 1040 **LOUISA A. EDMONDS** did not believe to be true and correct as to every material matter, in that the said Form 1040 contained false statements concerning dependent exemptions claimed by the defendant, a false statement concerning Schedule A Itemized Deductions for medical and dental expenses incurred by taxpayer, a false statement concerning gifts purportedly made by the defendant to charity, a false claims for Additional Child Tax Credit, and a false claim for a First Time Home Buyer Credit, whereas **LOUISA A. EDMONDS** then and there well knew and believed such statements and claims should not have properly been included in the Form 1040 she filed with the Internal Revenue Service for calendar year 2008.

In violation fo Title 26, United States Code, Section 7206(1).

The Grand Jury further charges:

## COUNT 5

On or about April 15, 2010, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, who resided at that time in

4

Elkton, Todd County, Kentucky, did willfully make and subscribe a Form 1040, U.S. Individual Tax Return for calendar year 2009, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which Form 1040 **LOUISA A. EDMONDS** did not believe to be true and correct as to every material matter, in that the said Form 1040 contained false statements concerning dependent exemptions claimed by the defendant, a false statement concerning Schedule A Itemized Deductions for medical and dental expenses incurred by taxpayer, a false statement concerning attorney and accounting fees  purportedly incurred by the defendant, and false claims for Child Additional Tax Credit and Earned Income Tax Credit, whereas **LOUISA A. EDMONDS** then and there well knew and believed such statements and claims should not have properly been included in the Form 1040 she filed with the Internal Revenue Service for calendar year 2009.

In violation of Title 26 United States Code, Section 7206(1).


The Grand Jury further charges:

## COUNT 6

That on or about February 18, 2008, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of P.J.A., for tax year 2007, which was false and fraudulent as to a material matter, in that

the return falsely inflated the number of dependents P.J.A. could legally claim, resulting in the taxpayer receiving a larger refund and an Earned Income Credit to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to claim the number of dependents stated on her 2007 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

### COUNT 7

That on or about February 16, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of P.J.A., for tax year 2008, which was false and fraudulent as to a material matter, in that the return falsely inflated the number of dependents P.J.A. could legally claim, resulting in the taxpayer receiving a larger refund and Child Tax, Additional Child Tax and Earned Income Credits to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to claim the number of dependents stated on her 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

## COUNT 8

That on or about March 5, 2007, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of G.D.B., for tax year 2006, which was false and fraudulent as to a material matter, in that the return falsely stated that G.D.B.'s filing status was single, rather than married filing separately, resulting in the taxpayer receiving a student loan interest deduction to which he was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to file under the status of being single.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

## COUNT 9

That on or about March 5, 2007, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040A, of M.M.B., for tax year 2006, which was false and fraudulent as to a material matter, in

7

that the return falsely stated that M.M.B.'s filing status was Head of Household, rather than married filing separately, resulting in the taxpayer receiving deductions and an Earned Income Credit to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to file under the status of a Head of Household.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

## COUNT 10

That on or about March 3, 2008, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of M.M.B., for tax year 2007, which was false and fraudulent as to a material matter, in that the return falsely stated that M.M.B.'s filing status was Head of Household, rather than married filing separately, resulting in the taxpayer receiving deductions and an Earned Income Credit to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to file under the status of a Head of Household.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

8

## COUNT 11

That on or about March 2, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of M.M.B., for tax year 2008, which was false and fraudulent as to a material matter, in that the return falsely stated that M.M.B.'s filing status was Head of Household, rather than married filing separately, resulting in the taxpayer receiving deductions and credits, including education and Earned Income Credits to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to file under the status of a Head of Household.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

## COUNT 12

That on or about March 23, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of C.L.C., for tax year 2008, which was false and fraudulent as to material matters, in that the return falsely inflated the number of dependents C.L.C. could legally claim and

9

falsely represented the taxpayer's status as a Head of Household, resulting in the

taxpayer receiving exemptions and Earned Income Credits to which he was not legally

entitled, whereas, as the defendant then and there well knew and believed, the

aforementioned taxpayer was not entitled to claim Head of Household status and the

number of dependents stated on his 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

## COUNT 13

That on or about February 25, 2008, in the Western District of Kentucky, Todd

County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and

assist in, and procure, counsel, and advise the preparation and presentation to the

Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of

J.E.C., for tax year 2007, which was false and fraudulent as to a material matter, in that

the return falsely represented the taxpayer's status as Single, whereas, as the

defendant then and there well knew and believed, the aforementioned taxpayer was not

entitled to claim the Single stated on his 2007 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

## COUNT 14

That on or about March 2, 2009, in the Western District of Kentucky, Todd

County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of J.E.C., for tax year 2008, which was false and fraudulent as to a material matter, in that the return falsely represented the taxpayer's status as Single, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to claim the Single status stated on his 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

### COUNT 15

That on or about February 25, 2008, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of M.C., for tax year 2007, which was false and fraudulent as to material matters, in that the return falsely represented the taxpayer's status as Head of Household, resulting in the taxpayer receiving Earned Income Credit to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to claim the Head of Household status stated on her 2007 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).

11

The Grand Jury further charges:

## COUNT 16

That on or about February 16, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of M.C., for tax year 2008, which was false and fraudulent as to material matters, in that the return falsely represented the taxpayer's status as Head of Household, resulting in the taxpayer receiving Earned Income Credit to which she was not legally entitled, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to claim the Head of Household status stated on her 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

## COUNT 17

That on or about February 23, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of L.E., for tax year 2008, which was false and fraudulent as to a material matter, in that the

return falsely claimed a First-Time Homebuyer Credit, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayer was not entitled to the First-Time Homebuyer Credit stated on her 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

### COUNT 18

That on or about February 23, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of R.G. and H.G., for tax year 2008, which was false and fraudulent as to a material matter, in that the return falsely claimed a First-Time Homebuyer Credit, whereas, as the defendant then and there well knew and believed, the aforementioned taxpayers were not entitled to the First-Time Homebuyer Credit stated on their 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).

The Grand Jury further charges:

### COUNT 19

That on or about March 9, 2009, in the Western District of Kentucky, Todd

County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and
assist in, and procure, counsel, and advise the preparation and presentation to the
Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of
D.E.S., for tax year 2008, which was false and fraudulent as to a material matter, in that
the return falsely claimed a First-Time Homebuyer Credit, whereas, as the defendant
then and there well knew and believed, the aforementioned taxpayer was not entitled to
the First-Time Homebuyer Credit stated on her 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

### COUNT 20

That on or about February 16, 2009, in the Western District of Kentucky, Todd
County, Kentucky, **LOUISA A. EDMONDS,** the defendant herein, did willfully aid and
assist in, and procure, counsel, and advise the preparation and presentation to the
Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of J.S.,
for tax year 2008, which was false and fraudulent as to a material matter, in that the
return falsely claimed a First-Time Homebuyer Credit, whereas, as the defendant then
and there well knew and believed, the aforementioned taxpayer was not entitled to the
First-Time Homebuyer Credit stated on his 2008 U.S. Individual Tax Return.

In violation of Title 26, United States Code, Section 7206(2).


The Grand Jury further charges:

14

## COUNT 21

On or about March 10, 2008, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, did knowingly use, in and affecting interstate commerce, without lawful authority, means of identification of another person, to wit, the maiden name and social security number of K.G., with intent to commit unlawful activity that constituted a violation of Federal law, to wit, the defendant made a false claim for a refund from the Internal Revenue Service by electronically filing with The Internal Revenue Service a false, fraudulent and unauthorized 1040EZ Income Tax Return using identifying information belonging to K.G., in violation of Title 18, Section 287.

In violation of Title 18 United States Code, Section 1028(a)(7).

The Grand Jury further charges:

## COUNT 22

On or about February 19, 2007, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, did knowingly use, in and affecting interstate commerce, without lawful authority, means of identification of another person, to wit, the name and social security number of J.E.P., with intent to commit unlawful activity that constituted a violation of Federal law, to wit, the defendant made a false claim for a refund from the Internal Revenue Service by electronically filing with the Internal Revenue Service a false, fraudulent and unauthorized 1040EZ Income Tax Return using identifying information belonging to J.E.P., in violation of Title

18, Section 287.

In violation of Title 18 United States Code, Section 1028(a)(7).

The Grand Jury further charges:

## COUNT 23

On or about March 3, 2008, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, did knowingly use, in and affecting interstate commerce, without lawful authority, means of identification of another person, to wit, the name and social security number of J.E.P., with intent to commit unlawful activity that constituted a violation of Federal law, to wit, the defendant made a false claim for a refund from the Internal Revenue Service by electronically filing with The Internal Revenue Service a false, fraudulent and unauthorized 1040EZ Income Tax Return using identifying information belonging to J.E.P., in violation of Title 18, Section 287.

In violation of Title 18 United States Code, Section 1028(a)(7).

The Grand Jury further charges:

## COUNT 24

On or about March 9, 2009, in the Western District of Kentucky, Todd County, Kentucky, **LOUISA A. EDMONDS**, the defendant herein, did knowingly use, in and affecting interstate commerce, without lawful authority, means of identification of another person, to wit, the name and social security number of J.E.P., with intent to

16

commit unlawful activity that constituted a violation of Federal law, to wit, the defendant made a false claim for a refund from the Internal Revenue Service by electronically filing with The Internal Revenue Service a false, fraudulent and unauthorized 1040EZ Income Tax Return using identifying information belonging to J.E.P., in violation of Title 18, Section 287.

In violation of Title 18 United States Code, Section 1028(a)(7).

A TRUE BILL

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

UNITED STATES OF AMERICA V LOUISA A. EDMONDS

# P E N A L T I E S

Counts 1-5: NM 3 yrs./$250,000/both/1 yr. Supervised Release (each count)
Counts 6 -20: MN 3 yrs./$250,000/both/1 yr. Supervised Release (each count)
Counts 21-24: MN 5 yrs./$250,000/both/3 yrs. Supervised Release (each count)

# N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual        Felony:   $100 per count/individual
$125 per count/other                     $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.   You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.   18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.   This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613
If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more

18

than    the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1
year    or both.  18 U.S.C. § 3615

<u>RESTITUTION</u>
If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be
ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized
by law.  18 U.S.C. § 3663

<u>APPEAL</u>

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall
require:

      1.      That you deposit the entire fine amount (or the amount due under an
                    installment schedule during the time of your appeal) in an escrow account
                    with the U.S. District Court Clerk, or

      2.      Give bond for payment thereof.

      18 U.S.C. § 3572(g)

<u>PAYMENTS</u>

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders
should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed
below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY   40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY   42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY   42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY   42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is
made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
## Western District of Kentucky
### Bowling Green Division

## THE UNITED STATES OF AMERICA

vs.

### LOUISA A. EDMONDS

## INDICTMENT

**Title 26 U.S.C. §§ 7206(1); 7206(2);**
**Title 18 U.S.C. § 1028(a)(7):**
**Making False Statements on U.S. Individual**
**Income Tax Returns; Aiding and Assisting in**
**the Preparation of False U.S. Individual Income**
**Tax Returns; Unlawful Use of a Means of**
**Identification of Another Person with Intent to**
**Commit Unlawful Activity.**

_A true_

_____ Foreman

_Filed in open court this_ 9th _day, of_ November A.D.  2011.

_____ Clerk

_Bail, $_

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY.

2011 NOV -9  PM 12: 54