UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                    PLAINTIFF

-vs-

LOUISA A. EDMONDS                                                                           DEFENDANT

## ENTRY OF APPEARANCE

The undersigned counsel hereby enters his appearance as counsel of record for defendant Louisa A. Edmonds and requests that all correspondence and pleadings relative to the above-styled case be forwarded to the undersigned at the address herein below given.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by [ X ] facsimile, [   ] personal service, and/or [ X ] regular mail to:

James Russell Lesousky, Jr.
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, KY 40202
Fax: (502) 582-5067

ALL ON THIS 22nd day of November, 2011.

_____
Jason Kelly Petrie, Esq.
Post Office Box 397
Elkton, Kentucky 42220
Tel:   270-265-3163
Fax:   270-265-3164

Jason Kelly Petrie
Attorney at Law
P O Box 397
Elkton, KY 42220
Tel: 270-265-3163
Fax: 270-265-3164